# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:15-CV-144-L** |
| § | |
| **FIRST UNITED BANK,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the court is the parties' Joint Motion to Dismiss (Doc. 10), filed April 29, 2018. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action is **dismissed with prejudice**.

**It is so ordered** this 30th day of April, 2018.

*[signature]*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**